

# Missouri Court of Appeals
## Southern District

**MAY 20, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.　　Case No.　SD32719

　　　Re:　　STATE OF MISSOURI,
　　　　　　Plaintiff-Respondent,
　　　　　　vs.
　　　　　　LARRY D. MCINTYRE, SR.,
　　　　　　Defendant-Appellant.